IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 1:20-CR-59-13

DERRICK PRATT

**ORDER**

On December 1, 2020, this Court, on the motion of Derrick Pratt, directed a psychological examination of Pratt for the purpose of determining his competency to stand trial. Doc. #128. On March 16, 2021, this Court received from the Federal Bureau of Prisons a psychological evaluation prepared by Haley Wentowski which concludes that Pratt is competent to stand trial. Doc. #166.

On March 24, 2021, Pratt filed "Defendant Derrick Pratt's Motion to Compel Disclosure of Examination Material." Doc. #171. The motion seeks the disclosure of (1) "those documents … used in, or during, or, in conjunction with, [Wentowski's] evaluation/examination;" (2) "any and all … contemporaneous notes, any actual paper tests, worksheets, or other documents, generated by yourself or any other person on [Wentowski's] evaluation team, or other personnel at FMC Lexington with respect to this case; and (3) "any kind of intellectual functioning or I.Q. type test" performed on Pratt. Doc. #171 at 3. Pratt represents that the materials are "absolutely necessary" for his counsel to adequately prepare for the competency hearing[1] in this case. *Id*. at ¶ 15. The government does not oppose the requested relief. Doc. #181.

Upon consideration, Pratt's motion [171] is **GRANTED**. The Bureau of Prisons is **DIRECTED** to release to Pratt the materials sought in his motion.[2]

---

[1] A competency hearing is currently set for April 14, 2021. Doc. #172. Before the instant motion was filed, it was set for March 31, 2021. *See* Doc. #167.

[2] Should the Bureau of Prisons require an Authorization for Release of Medical Information, Pratt must provide such document to the Bureau of Prisons at his earliest available opportunity. *See United States v. Wilson*, No. 16-cr-20460,

**SO ORDERED**, this 6th day of April, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

2020 WL 419306, at *3 (E.D. Mich. Jan. 27, 2020) (granting unopposed motion for disclosure of competency testing data with direction that the defendant execute relevant release).