IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 1:20-CR-59-13

DERRICK PRATT

**ORDER**

On or about May 19, 2021, Derrick Pratt filed a pro se motion requesting a bond hearing. Doc. #196. Because Pratt was represented by counsel when he filed his pro se motion and because, absent circumstances inapplicable here, a defendant is not entitled to represent himself while represented by counsel,[1] the motion [196] is **STRICKEN**.[2]

**SO ORDERED**, this 26th day of May, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] *United States v. Daniels*, 572 F.2d 535, 540 (5th Cir. 1978).

[2] *See United States v. Young*, 99 F.3d 1135, 1996 WL 595643, at *1 (5th Cir. 1996) (unpublished table decision) ("This brief is stricken from the record because it constitutes hybrid representation, and there is no right to such representation on appeal.").